**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ryan SIDERS, Defendant–Appellant.**

**No. 15–1257.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 14, 2016.

Filed: March 17, 2016.

---

Sean R. Berry, Daniel C. Tvedt, Assistant U.S. Attorney, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

David E. Mullin, Mullin & Laverty, Cedar Rapids, IA, for Defendant–Appellant.

Ryan Siders, Cedar Rapids, IA, pro se.

Before MURPHY, BEAM, and GRUENDER, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee**

v.

PER CURIAM.

In 2008 Ryan Siders pled guilty to being a felon in possession of a firearm and was sentenced to 57 months imprisonment and a three year term of supervised release. In 2015 the district court[1] found Siders in violation of his supervised release for the third time after he failed to comply with substance abuse testing, used a controlled substance, consumed alcohol, and operated a motor vehicle while intoxicated. The court revoked his supervised release. The advisory guidelines sentencing range was 8 to 14 months. The court imposed a sentence of 12 months imprisonment and one year of supervised release.

Siders argues that the court imposed a substantively unreasonable sentence under 18 U.S.C. § 3553(a). We conclude that the district court did not abuse its discretion in the sentence it imposed. *See United States v. Petreikis,* 551 F.3d 822, 824 (8th Cir.2009) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Linda R. Reade, Chief United States District Judge for the Northern District of Iowa.